## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>BETZAIDA FERRER ALICEA<br><br>DEBTOR(S) | CASE NO. 11-07437-EAG<br><br>CHAPTER: 13 |

### MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.**, holder of a secured claim and Movant herein, and respectfully sets forth and prays:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle KIA SOUL 2010 registered under number 3710630, executed by debtor(s) on AUGUST 13, 2009.

2. Debtor's(s') Chapter 13 Plan was confirmed on NOVEMBER 10, 2011. Said plan calls for $330.00 X 18, $480.00 X 42 each. Movant is proposed to be paid 100% of its claim through the Chapter 13 Trustee's Office (Trustee).

3. However, according to the records made available to creditors by the Trustee, as of today's date, debtor(s) has(have) only paid **$9,769.00**, out of **$11,129.00** due.

4. Section 1307 (c) (6) of the Bankruptcy Code provides for the dismissal of a case under chapter 13 for "material default by the debtor with respect to a term of a confirmed plan."

**WHEREFORE**, Movant requests the dismissal of the instant case since debtor(s) has(have)defaulted on the payments to the Chapter 13 Trustee.

**NOTICE TO ALL PARTIES** is hereby given to the effect that unless a party in interest objects to the dismissal of this case within thirty (30) days from the date of this notice, the case may be dismissed without a hearing.

## CERTIFICATE OF MAILING

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **ALEJANDRO OLIVERAS**, Trustee and **MADELINE SOTO PACHECO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **BETZAIDA FERRER ALICEA**, **HC 02 BOX 10956 YAUCO, PR 00698** and all non CM/ECF participants interested parties to their address of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 13 day of NOVEMBER, 2013.

/S/ CARLOS E. PEREZ PASTRANA
USDC-208913
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 11-07437-EAG |
| BETZAIDA FERRER ALICEA | CHAPTER 13 |
| DEBTOR(S) | |

## MOTION SUBMITTING DECLARATION
## UNDER PENALTY OF PERJURY

Comes now, **RELIABLE FINANCIAL SERVICES,INC.**, holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

I, **Hildaris B. Burgos Muriel**, **Bankruptcy Official** for RELIABLE FINANCIAL SERVICES, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 12 day of NOVEMBER, 2013.

**/S/Hildaris B. Burgos Muriel**
**Bankruptcy Official**
P. O. Box 21382
San Juan, PR 00928-1382
Tel: (787)625-6647 Fax:(787)625-4891
hburgosm@reliablefinancial.com

QURMTDNOMI_10G.RDF
v 20111005



Department of Defense Manpower Data Center

Results as of : Nov-12-2013 06:13:44

SCRA 3.0

# Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: **FERRER**

First Name: **BETZAIDA**

Middle Name:

Active Duty Status As Of: Nov-12-2013

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. § 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: 35G582C9E036F10

```
Label Matrix for local noticing      BACK BOWL I LLC SERIES B              RELIABLE FINANCIAL SERVICES
0104-2                                WEINSTEIN & RILEY P S                 PO BOX 21382
Case 11-07437-EAG13                   2001 WESTERN AVE SUITE 400            SAN JUAN, PR 00928-1382
District of Puerto Rico               SEATTLE, WA 98121-3132
Ponce
Tue Nov 12 10:15:03 AST 2013

US Bankruptcy Court District of PR    BANCO POPULAR DE PUERTO RICO          BANCO POPULAR DE PUERTO RICO
Jose V Toledo Fed Bldg & US Courthouse BANKRUPTCY DEPARTMENT                CONSUMER CREDIT SERVICES DIVISION
300 Recinto Sur Street, Room 109      PO BOX 366818                         PO BOX 71375
San Juan, PR 00901-1964               SAN JUAN PR 00936-6818                SAN JUAN, PR 00936-8475


Back Bowl I LLC, Series B             C.R.I.M.                              CARIBE COOP
c/o Weinstein & Riley, P.S.           PO BOX 195387                         PO BOX 560464
2001 Western Ave., Ste. 400           SAN JUAN, PR 00919-5387               GUAYANILLA, PR 00656-0464
Seattle, WA 98121-3132


CRIM                                  FIA CARD SERVICES                     (p)BANK OF AMERICA
PO BOX 195387                         PO BOX 15019                          PO BOX 982238
SAN JUAN PR 00919-5387                WILMINGTON, DE 19886-5019             EL PASO TX 79998-2238


ISLAND FINANCE                        JOSE LUIS GARCIA HERNANDEZ            LCDA. PILAR MUNOZ NAZARIO
DIVISION OF SANTANDER FINANCIAL       HC 02                                 PO BOX 800663
PO BOX 195369                         PO BOX 11345                          COTO LAUREL, PR 00780-0663
SAN JUAN, PR 00919-5369               YAUCO, PR 00698


LCDO. HECTOR H. COLON ATIENZA         PILAR MUNOZ NAZARIO                   SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO BOX 21382                          MUNOZ NAZARIOP LAW OFFICES            PO BOX 195369
SAN JUAN, PR 00928-1382               PO BOX 801480                         SAN JUAN PR, 00919-5369
                                      COTO LAUREL PR 00780-1480


TERESA DEL C. MARQUEZ RODRIGUEZ       ALEJANDRO OLIVERAS RIVERA             BETZAIDA FERRER ALICEA
PO BOX 336454                         ALEJANDRO OLIVERAS CHAPTER 13 TRUS    HC 02 BOX 10956
PONCE, PR 00733-6454                  PO BOX 9024062                        YAUCO, PR 00698-9699
                                      SAN JUAN, PR 00902-4062


MADELINE SOTO PACHECO                 MONSITA LECAROZ ARRIBAS
LUBE & SOTO LAW OFFICES, P.S.C.       OFFICE OF THE US TRUSTEE (UST)
1130 AVE FD ROOSEVELT                 OCHOA BUILDING
SAN JUAN, PR 00920-2906               500 TANCA STREET SUITE 301
                                      SAN JUAN, PR 00901
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)RELIABLE FINANCIAL SERVICES          End of Label Matrix
PO BOX 21382                            Mailable recipients    22
SAN JUAN, PR  00928-1382                Bypassed recipients     1
                                        Total                  23
```